IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**WILLIAM ALEXANDER LORD, 09033490**, §
§
　　　　　　Petitioner, §
v. § Civil Action No. **3:10-CV-771-L**
§
**RICK THALER**, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
　　　　　　Respondent. §

## ORDER

　　　Before the court is Petitioner William Alexander Lord's Petition for Writ of Habeas Corpus, filed April 16, 2010. The petition was referred to United States Magistrate Judge Paul D. Stickney, who filed Findings, Conclusions and Recommendation of the United States Magistrate Judge (the "Report") on May 11, 2011. Petitioner has filed no objections to the Report.

　　　This is a habeas petition filed pursuant to 28 U.S.C. § 2254. On May 10, 2010, the magistrate judge mailed Petitioner a notice of deficiency, which directed Petitioner to pay the filing fee or submit a motion to proceed *in forma pauperis*. The magistrate judge mailed two more notices of deficiency on September 14, 2010, and October 21, 2010. Finally, on December 1, 2010, Petitioner filed a motion to proceed *in forma pauperis* but did not include a copy of his trust account, as requested by the magistrate judge. On January 25, 2010, the magistrate judge ordered Petitioner to produce a copy of his inmate trust account, and, to date, Petitioner has not responded.

　　　In light of Petitioner's noncompliance with the magistrate judge's orders, despite having been afforded ample opportunity, the magistrate judge recommends that this action be dismissed for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. After

**Order – Page 1**

conducting its own review of the petition, filings, Report, and record, the court agrees with the magistrate judge. The court accordingly determines that the magistrate judge's findings and conclusions are correct. They are therefore **accepted** as those of the court. The court **dismisses without prejudice** the Petition for Writ of Habeas Corpus for failure to prosecute and comply with a court order.

**It is so ordered** this 27th day of May, 2011.

Sam A. Lindsay
United States District Judge